## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: Affiliated Environmental Services, | § | Case No. 15-29005-SLM |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 08, 2015. The undersigned trustee was appointed on October 09, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of                $            412,115.76

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 161,847.71 |
| Administrative expenses | 94,071.80 |
| Bank service fees | 7,399.84 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 148,796.41 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 02/01/2016 and the deadline for filing governmental claims was 04/05/2016.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $23,855.79.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,999.00, for a total compensation of $9,999.00. [2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $81.22, for total expenses of $81.22. [2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/27/2018                 By:/s/Barbara A. Edwards
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** 15-29005-SLM | **Trustee:** (500360) Barbara A. Edwards | |
| **Case Name:** Affiliated Environmental Services, | **Filed (f) or Converted (c):** 10/08/15 (f) | |
| | **§341(a) Meeting Date:** 11/13/15 | |
| **Period Ending:** 11/27/18 | **Claims Bar Date:** 02/01/16 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK OF NEW JERSEY ACCOUNT ENDING 3326 | 9,112.57 | 133,622.81 | | 133,622.81 | FA |
| 2 | ACCOUNTS RECEIVABLE | 1,359,655.78 | 98,269.14 | | 82,146.70 | FA |
| 3 | ASBESTOS ABATEMENT LICENSES IN NEW YORK AND NEW JERSEY | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 1998 FORD VAN E250 | 822.00 | 2,000.00 | | 2,000.00 | FA |
| 5 | 2006 FORD VAN E250 | 6,200.00 | 5,500.00 | | 5,500.00 | FA |
| 6 | 2007 CHEVY EXPRESS VAN | 7,000.00 | 6,750.00 | | 6,750.00 | FA |
| 7 | 2007 CHEVY EXPRESS VAN | 7,000.00 | 6,250.00 | | 6,250.00 | FA |
| 8 | 2008 FORD VAN E250 | 10,300.00 | 8,500.00 | | 8,500.00 | FA |
| 9 | 1997 ISUZU NPR TRUCK | 970.00 | 3,500.00 | | 3,500.00 | FA |
| 10 | 2006 ISUZU TRUCK | 11,500.00 | 11,000.00 | | 11,000.00 | FA |
| 11 | 2013 ISUZU NPR TRUCK | 33,000.00 | 32,500.00 | | 32,500.00 | FA |
| 12 | COMPUTER EQUIPMENT, DESKS, OFFICE SUPPLIES | 4,325.00 | 0.00 | | 0.00 | FA |
| 13 | EQUIPMENT AND MATERIALS (u)<br>(BY AMENDMENT DATED 10/27/15). | 30,000.00 | 0.00 | | 0.00 | FA |
| 14 | GARLOCK ATLAS HYDRAULIC SWING ARM (u) ROOFING HOIST | 0.00 | 4,250.00 | | 4,250.00 | FA |
| 15 | UNITED HEALTHCARE INSURANCE PREMIUM (u) OVERPAYMENT | 9,228.13 | 9,228.13 | | 9,228.13 | FA |
| 16 | PREFERENCE PAYMENTS (u) | Unknown | 52,750.00 | | 52,750.00 | FA |
| 17 | ADV. PRO. #16-01835 AGAINST STEVEN CASPI FOR (u)<br>PREFERENCE PAYMENT | 0.00 | 0.00 | | 0.00 | FA |
| 18 | ADV. PRO. #16-01836 AGAINST TULENKO ENTERPRISES, (u)<br>LLC, D/B/A BLAST MASTER SANDBLASTING | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 19 | ADV. PRO. #16-01837 AGAINST DISTRIBUTION (u) INTERNATIONAL, INC. | 0.00 | 18,995.68 | | 18,995.68 | FA |
| 20 | ADV. PRO. #16-01838 AGAINST OMEGA (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-29005-SLM | **Trustee:** (500360)   Barbara A. Edwards |
| **Case Name:** Affiliated Environmental Services, | **Filed (f) or Converted (c):** 10/08/15 (f) |
| | **§341(a) Meeting Date:** 11/13/15 |
| **Period Ending:** 11/27/18 | **Claims Bar Date:** 02/01/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | ENVIRONMENTAL SERVICES, INC. | | | | | |
| 21 | ADV. PRO. #17-01039 AGAINST EXPRESS WASTE (u)     SERVICES, LLC. | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 22 | ADV. PRO. #17-01326 AGAINST UNITED STATES OF (u)     AMERICA, DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE | 0.00 | 0.00 | | 0.00 | FA |
| 23 | ADV. PRO. #17-01327 AGAINST STEPHENSON & BROOK (u)     COMPANY | 0.00 | 0.00 | | 0.00 | FA |
| 24 | ADV. PRO. #17-01328 AGAINST B&C INDUSTRIES (u) | 0.00 | 0.00 | | 0.00 | FA |
| 25 | ADV. PRO. #17-01329 AGAINST ENVIRONMENTAL (u)     BUILDING SOLUTIONS, LLC | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 26 | ADV. PRO. #17-01653 AGAINST MICHAEL LO ROSSO (u)     Consent Judgment entered. | 0.00 | 9,500.00 | | 0.00 | FA |
| 27 | COLUMBIA UNIVERSITY A/R | 32,186.17 | 0.00 | OA | 0.00 | FA |
| 28 | UNSCHEDULED ACCOUNTS RECEIVABLE (u) | 0.00 | 16,122.44 | | 16,122.44 | FA |
| 28 | **Assets**   Totals (Excluding unknown values) | **$1,521,299.65** | **$437,738.20** | | **$412,115.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

Prepared and filed Notice of Motion to Expunge and/or Modify Claims.  Prepared Notice of Settlement of Controversy as to Omega Environmental Services and Michael LoRusso.  Prepared and filed Notice of Motion to Destroy Business Records.  To prepare and file TFR and close case.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018     **Current Projected Date Of Final Report (TFR):**   October 8, 2018  (Actual)

Printed: 11/27/2018 10:42 AM     V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-29005-SLM

**Case Name:** Affiliated Environmental Services,

**Taxpayer ID #:** **-***3189

**Period Ending:** 11/27/18

**Trustee:** Barbara A. Edwards (500360)

**Bank Name:** Rabobank, N.A.

**Account:** ******4766 - Checking Account

**Blanket Bond:** $47,076,959.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/29/15 | | A.J. Willner Auctions | 12/17/15 Auction Proceeds | | | 80,250.00 | | 80,250.00 |
| | {8} | | 2008 Ford Econoline E250 Cargo Van (Model number corrected from 150 to 250 per 6/21/18 Order Correcting the Prior Order of this Court Dated 12/15/15 Authorizing the Public Sale of Property of the Estate) | 8,500.00 | 1129-000 | | | 80,250.00 |
| | {11} | | 2013 Isuzu NPR-HD Single Axle Box Truck | 32,500.00 | 1129-000 | | | 80,250.00 |
| | {10} | | 2006 Isuzu NPR Single Axle Box Truck | 11,000.00 | 1129-000 | | | 80,250.00 |
| | {9} | | 1997 Isuzu NPR Single Axle Box Truck | 3,500.00 | 1129-000 | | | 80,250.00 |
| | {6} | | 2007 Chevrolet Express 2500 Cargo Van | 6,750.00 | 1129-000 | | | 80,250.00 |
| | {7} | | 2007 Chevrolet Express 2500 Cargo Van | 6,250.00 | 1129-000 | | | 80,250.00 |
| | {5} | | 2006 Ford Econoline E250 Cargo Van | 5,500.00 | 1129-000 | | | 80,250.00 |
| | {4} | | 1998 Ford Econoline E250 Cargo Van | 2,000.00 | 1129-000 | | | 80,250.00 |
| | {14} | | Garlock Atlas Hydraulic Swing Arm Roofing Hoist | 4,250.00 | 1229-000 | | | 80,250.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 80,240.00 |
| 01/08/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2016 FOR CASE #15-29005, Bond #016026384.  1/1/16 - 1/1/17 | | 2300-000 | | 40.36 | 80,199.64 |
| 01/12/16 | 102 | A. Atkins Appraisal Corp. | Per 1/8/16 Order. | | 3711-000 | | 3,375.00 | 76,824.64 |
| 01/13/16 | 103 | A.J. Willner Auctions, LLC | Per 1/13/16 Certification of No Objection. | | 3610-000 | | 8,025.00 | 68,799.64 |
| 01/13/16 | 104 | A.J. Willner Auctions, LLC | Per 1/13/16 Certification of No Objec tion | | 3620-000 | | 2,300.00 | 66,499.64 |
| 01/15/16 | 105 | Camp Auto & Truck Parts, Inc. | Per 1/14/16/ Order. (Invoice #113) | | 2990-000 | | 1,500.00 | 64,999.64 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 103.41 | 64,896.23 |
| 02/03/16 | 106 | C. Marino, Inc. | Invoice #3004A - 1/20/16 | | 2410-000 | | 115.25 | 64,780.98 |
| 02/25/16 | {2} | Answorth A. Allen | A/R | | 1121-000 | 6,000.00 | | 70,780.98 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 90.21 | 70,690.77 |

Subtotals :     $86,250.00     $15,559.23

{} Asset reference(s)

Printed: 11/27/2018 10:42 AM    V.14.14

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-29005-SLM | **Trustee:** Barbara A. Edwards (500360) |
| **Case Name:** Affiliated Environmental Services, | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4766 - Checking Account |
| **Taxpayer ID #:** **-***3189 | **Blanket Bond:** $47,076,959.00  (per case limit) |
| **Period Ending:** 11/27/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/16 | 107 | C. Marino, Inc. | Invoice #3125A dated 3/1/16 | 2410-000 | | 115.25 | 70,575.52 |
| 03/31/16 | 108 | C. Marino, Inc. | Invoice #3246A dated 4/1/16 | 2410-000 | | 115.25 | 70,460.27 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.43 | 70,348.84 |
| 04/20/16 | {28} | Scully & Petterson Research Services, LLC | A/R | 1221-000 | 5.00 | | 70,353.84 |
| 04/20/16 | {2} | Nicholson & Galloway, Inc. | Deposit on A/R settlement | 1121-000 | 3,247.17 | | 73,601.01 |
| 04/22/16 | {2} | Renewal Construction Services, LLC | A/R | 1121-000 | 41,475.00 | | 115,076.01 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.76 | 114,969.25 |
| 05/02/16 | 109 | C. Marino, Inc. | Invoice #3362A dated 5/1/16 | 2410-000 | | 115.25 | 114,854.00 |
| 05/23/16 | {2} | Nicholson & Galloway, Inc. | Balance of settlement of A/R. | 1121-000 | 29,224.53 | | 144,078.53 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.88 | 143,913.65 |
| 06/06/16 | 110 | C. Marino, Inc. | Invoice #3476A dated 6/1/16 | 2410-000 | | 115.25 | 143,798.40 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.00 | 143,571.40 |
| 07/05/16 | 111 | C. Marino, Inc. | Invoice #3592A dated 7/1/16 | 2410-000 | | 115.25 | 143,456.15 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.97 | 143,257.18 |
| 08/02/16 | 112 | C. Marino, Inc. | Invoice #3706A dated 8/1/16 | 2410-000 | | 115.25 | 143,141.93 |
| 08/30/16 | {28} | Enerson v. Verizon Settlement | A/R | 1221-000 | 22.44 | | 143,164.37 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.89 | 142,938.48 |
| 09/02/16 | 113 | C. Marino, Inc. | Invoice #3819A dated 9/1/16 | 2410-000 | | 115.25 | 142,823.23 |
| 09/20/16 | {2} | MS St. Lukes and Roosevelt | A/R | 1121-000 | 2,200.00 | | 145,023.23 |
| 09/28/16 | {15} | United Healthcare | Insurance premium overpayment | 1290-000 | 9,228.13 | | 154,251.36 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.33 | 154,045.03 |
| 10/06/16 | 114 | C. Marino, Inc. | Invoice #3930A dated 10/1/16 | 2410-000 | | 115.25 | 153,929.78 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.51 | 153,716.27 |
| 11/10/16 | 115 | C. Marino, Inc. | Invoice #4046A dated 11/1/16 | 2410-000 | | 115.25 | 153,601.02 |
| 11/18/16 | 116 | Clerk, U.S. Bankruptcy Court | Payment of deferred filing fee Adv. Pro. No. 16-01838 (Omega Env.) | 2700-000 | | 350.00 | 153,251.02 |
| 11/18/16 | 117 | Clerk, U.S. Bankruptcy Court | Payment of deferred filing fee Adv. Pro. No. 16-01837 (Distribution Int'l.) | 2700-000 | | 350.00 | 152,901.02 |
| 11/18/16 | 118 | Clerk, U.S. Bankruptcy Court | Payment of deferred filing fee Adv. Pro. No. 16-01836 (Tulenko Enterprises) | 2700-000 | | 350.00 | 152,551.02 |
| 11/18/16 | 119 | Clerk, U.S. Bankruptcy Court | Payment of deferred filing fee Adv. Pro. No. 16-01835 (Caspi) | 2700-000 | | 350.00 | 152,201.02 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 235.16 | 151,965.86 |
| 12/15/16 | 120 | C. Marino, Inc. | Invoice #4169A dated 12/1/16 | 2410-000 | | 115.25 | 151,850.61 |
| 12/29/16 | 121 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2016 FOR CASE | 2300-000 | | 62.88 | 151,787.73 |

Subtotals :                    $85,402.27          $4,305.31

{} Asset reference(s)                                                              Printed: 11/27/2018 10:42 AM      V.14.14

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-29005-SLM | **Trustee:** Barbara A. Edwards (500360) |
| **Case Name:** Affiliated Environmental Services, | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4766 - Checking Account |
| **Taxpayer ID #:** **-***3189 | **Blanket Bond:** $47,076,959.00 (per case limit) |
| **Period Ending:** 11/27/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #15-29005, Blanket Bond #016026384<br>Payment | | | | |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.98 | 151,569.75 |
| 01/09/17 | 122 | C. Marino, Inc. | Invoice #4290A dated 1/1/17 | 2410-000 | | 115.25 | 151,454.50 |
| 01/13/17 | 123 | Clerk, U.S. Bankruptcy Court | Payment of deferred filing fee Adv. Pro. No.<br>17-01039 (Express Waste Services) | 2700-000 | | 350.00 | 151,104.50 |
| 01/27/17 | {19} | Distribution International | Payment in settlement of Adv. Pro. No.<br>16-01837 | 1241-000 | 18,995.68 | | 170,100.18 |
| 01/30/17 | {16} | 2J Gas, Inc. | Return of preference payment | 1241-000 | 2,750.00 | | 172,850.18 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 233.18 | 172,617.00 |
| 02/21/17 | {1} | Bank of New Jersey Official Check | Balance of funds in bank account | 1129-000 | 2,667.45 | | 175,284.45 |
| 02/21/17 | {1} | Bank of New Jersey Official Check | Balance of funds in bank account | 1129-000 | 130,955.36 | | 306,239.81 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 270.17 | 305,969.64 |
| 03/21/17 | 124 | C. Marino, Inc. | Invoice #4412A - 2/1/17 | 2410-000 | | 115.25 | 305,854.39 |
| 03/21/17 | 125 | C. Marino, Inc. | Invoice #4534A - 3/1/17 | 2410-000 | | 115.25 | 305,739.14 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 454.76 | 305,284.38 |
| 04/20/17 | 126 | C. Marino, Inc. | Invoice #4667A - 4/1/17 | 2410-000 | | 115.25 | 305,169.13 |
| 04/28/17 | {21} | Ronald and Mary C. DeLuca | Payment on settlement of Adv. Pro. #17-01039<br>against Express Waste | 1241-000 | 5,000.00 | | 310,169.13 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 409.87 | 309,759.26 |
| 05/03/17 | 127 | PNC Bank, National Association | Per 5/2/17 Order. | 4210-000 | | 161,847.71 | 147,911.55 |
| 05/04/17 | 128 | Muscarella, Bochet, Edwards &<br>D'Alessandro, PC | Per 5/3/17 Order | 3110-000 | | 43,065.00 | 104,846.55 |
| 05/04/17 | 129 | Muscarella, Bochet, Edwards &<br>D'Alessandro, PC | Per 5/3/17 Order | 3120-000 | | 408.10 | 104,438.45 |
| 05/05/17 | 130 | C. Marino, Inc. | Invoice #4791A - 5/1/17 | 2410-000 | | 115.25 | 104,323.20 |
| 05/10/17 | 131 | Clerk, U.S. Bankruptcy Court | Payment of deferred filing fee Adv. Pro. No.<br>17-01326 (United States, Dept. of Treasury) | 2700-000 | | 350.00 | 103,973.20 |
| 05/10/17 | 132 | Clerk, U.S. Bankruptcy Court | Payment of deferred filing fee Adv. Pro. No.<br>17-01327 (Stephenson & Brook Co., Inc.) | 2700-000 | | 350.00 | 103,623.20 |
| 05/10/17 | 133 | Clerk, U.S. Bankruptcy Court | Payment of deferred filing fee Adv. Pro. No.<br>17-01328 (B&C Industries) | 2700-000 | | 350.00 | 103,273.20 |
| 05/10/17 | 134 | Clerk, U.S. Bankruptcy Court | Payment of deferred filing fee Adv. Pro. No.<br>17-01329 (Environmental Building Solutions) | 2700-000 | | 350.00 | 102,923.20 |
| 05/30/17 | 135 | C. Marino, Inc. | Invoice #4920 - 6/1/17 | 2410-000 | | 115.25 | 102,807.95 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 309.98 | 102,497.97 |
| 06/29/17 | {25} | Environmental Building Solutions,<br>LLC | Settlement proceeds, Adv. Pro. No. 17-01329 | 1241-000 | 10,000.00 | | 112,497.97 |

Subtotals :  $170,368.49    $209,658.25

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 15-29005-SLM | | | **Trustee:** | Barbara A. Edwards (500360) | |
| **Case Name:** | Affiliated Environmental Services, | | | **Bank Name:** | Rabobank, N.A. | |
| | | | | **Account:** | ******4766 - Checking Account | |
| **Taxpayer ID #:** | **-***3189 | | | **Blanket Bond:** | $47,076,959.00  (per case limit) | |
| **Period Ending:** | 11/27/18 | | | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans.<br>Date | {Ref #} /<br>Check # | Paid To / Received From | Description of Transaction | Receipts<br>$ | Disbursements<br>$ | Checking<br>Account Balance |
| 06/29/17 | {28} | Hunter Roberts Construction Group | A/R | 1221-000 | 5,000.00 | | 117,497.97 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.46 | 117,350.51 |
| 07/05/17 | 136 | C. Marino, Inc. | Invoice #5043A- 7/1/17 | 2410-000 | | 115.25 | 117,235.26 |
| 07/07/17 | {28} | Hunter Roberts Construction Group | Balance on A/R | 1221-000 | 11,095.00 | | 128,330.26 |
| 07/19/17 | {18} | Tulenko Enterprises, LLC | First payment on settlement | 1241-000 | 500.00 | | 128,830.26 |
| 07/31/17 | {16} | American Express Travel Related<br>Services | Settlement on preference payment | 1241-000 | 50,000.00 | | 178,830.26 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.41 | 178,656.85 |
| 08/02/17 | 137 | C. Marino, Inc. | Invoice #5166A-8/1/17 | 2410-000 | | 115.25 | 178,541.60 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 275.38 | 178,266.22 |
| 09/06/17 | 138 | C. Marino, Inc. | Invoice #5296A-9/1/17 | 2410-000 | | 115.25 | 178,150.97 |
| 09/22/17 | {18} | Tulenko Enterprises, LLC | Second payment on settlement | 1241-000 | 500.00 | | 178,650.97 |
| 09/25/17 | {18} | Tulenko Enterprises, LLC | Third payment on settlement | 1241-000 | 500.00 | | 179,150.97 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 247.93 | 178,903.04 |
| 10/02/17 | 139 | C. Marino, Inc. | Invoice #5421A-10/1/17 | 2410-000 | | 115.25 | 178,787.79 |
| 10/06/17 | 140 | Clerk, U.S. Bankruptcy Court | Payment of deferred filing fee Adv. Pro. No.<br>17-01653 (Michael LoRusso) | 2700-000 | | 350.00 | 178,437.79 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 274.12 | 178,163.67 |
| 11/02/17 | 141 | C. Marino, Inc. | Invoice #5545A-11/1/17 | 2410-000 | | 115.25 | 178,048.42 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.18 | 177,792.24 |
| 12/04/17 | {18} | Tulenko Enterprises, LLC | Fourth payment on settlement | 1241-000 | 500.00 | | 178,292.24 |
| 12/05/17 | 142 | C. Marino, Inc. | Invoice #5665A - 12/1/17 | 2410-000 | | 115.25 | 178,176.99 |
| 12/20/17 | {18} | Tulenko Enterprises, LLC | Fifth payment on settlement | 1241-000 | 500.00 | | 178,676.99 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 247.86 | 178,429.13 |
| 01/03/18 | 143 | C. Marino, Inc. | Invoice #5784A- 1/1/18 | 2410-000 | | 115.25 | 178,313.88 |
| 01/09/18 | 144 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 01/09/2018 FOR CASE<br>#15-29005 | 2300-000 | | 66.50 | 178,247.38 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 282.18 | 177,965.20 |
| 02/05/18 | 145 | C. Marino, Inc. | Invoice #5901A 2/1/18 | 2410-000 | | 115.25 | 177,849.95 |
| 02/06/18 | {20} | Omega Environmental Services, Inc. | Payment on settlement of Adv. Pro. #16-01838 | 1241-000 | 1,500.00 | | 179,349.95 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 240.33 | 179,109.62 |
| 03/01/18 | 146 | C. Marino, Inc. | Invoice #6026A - 3/1/2018 | 2410-000 | | 115.25 | 178,994.37 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 257.49 | 178,736.88 |
| 04/04/18 | 147 | C. Marino, Inc. | Invoice #6152A - 4/1/2018 | 2410-000 | | 90.25 | 178,646.63 |
| 04/10/18 | 148 | Muscarella, Bochet, Edwards &<br>D'Alessandro, PC | Per 4/9/18 Order (Final Fee Application) | 3110-000 | | 16,137.00 | 162,509.63 |

Subtotals :          $70,095.00          $20,083.34

{} Asset reference(s)                                                          Printed: 11/27/2018 10:42 AM     V.14.14

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-29005-SLM | **Trustee:** Barbara A. Edwards (500360) |
| **Case Name:** Affiliated Environmental Services, | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4766 - Checking Account |
| **Taxpayer ID #:** **-***3189 | **Blanket Bond:** $47,076,959.00  (per case limit) |
| **Period Ending:** 11/27/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/18 | 149 | Muscarella, Bochet, Edwards & D'Alessandro, PC | Per 4/9/18 Order (Final Fee Application) | 3120-000 | | 86.71 | 162,422.92 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.11 | 162,183.81 |
| 05/03/18 | 150 | C. Marino, Inc. | Invoice #6277A - 5/1/2018 | 2410-000 | | 84.00 | 162,099.81 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.53 | 161,843.28 |
| 06/12/18 | 151 | C. Marino, Inc. | Invoice #6399A - 6/1/2018 | 2410-000 | | 64.00 | 161,779.28 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.99 | 161,554.29 |
| 07/05/18 | 152 | C. Marino, Inc. | Invoice #7 - 7/1/2018 | 2410-000 | | 64.00 | 161,490.29 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 247.80 | 161,242.49 |
| 08/01/18 | 153 | C. Marino, Inc. | Invoice #158 - 8/1/18 | 2410-000 | | 64.00 | 161,178.49 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.58 | 160,938.91 |
| 09/04/18 | 154 | C. Marino, Inc. | Invoice #306 - 9/1/18<br>Voided on 09/11/18 | 2410-000 | | 64.00 | 160,874.91 |
| 09/05/18 | 155 | C. Marino, Inc. | Per 8/10/18 Order Authorizing Destruction of Debtor's Business Files | 2410-000 | | 123.00 | 160,751.91 |
| 09/11/18 | 154 | C. Marino, Inc. | Invoice #306 - 9/1/18<br>Voided: check issued on 09/04/18 | 2410-000 | | -64.00 | 160,815.91 |
| 10/10/18 | 156 | State of New Jersey-Div. of Taxation-Rev. Pro. | 22-3767827 - CBT 10/1/17 - 4/30/18 | 2820-000 | | 515.00 | 160,300.91 |
| 10/10/18 | 157 | State of New Jersey-Div. of Taxation-Rev. Pro. | 22-3767827 - CBT 10/1/14 - 9/30/15 | 2820-000 | | 745.00 | 159,555.91 |
| 10/10/18 | 158 | State of New Jersey-Div. of Taxation-Rev. Pro. | 22-3767827 -CBT 10/1/15-9/30/16 | 2820-000 | | 712.00 | 158,843.91 |
| 10/10/18 | 159 | State of New Jersey-Div. of Taxation-Rev. Pro. | 22-3767827 - CBT 10/1/16 - 9/30/17 | 2820-000 | | 655.00 | 158,188.91 |
| 10/30/18 | 160 | Gramkow, Carnevale, Seifert & Co., LLC | Per 10/19/18 Order. | 3410-000 | | 9,392.50 | 148,796.41 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 412,115.76 | 263,319.35 | **$148,796.41** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 412,115.76 | 263,319.35 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$412,115.76** | **$263,319.35** | |

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 15-29005-SLM |
| **Case Name:** | Affiliated Environmental Services, |
| **Taxpayer ID #:** | **-***3189 |
| **Period Ending:** | 11/27/18 |

| | |
|---|---|
| **Trustee:** | Barbara A. Edwards (500360) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******4766 - Checking Account |
| **Blanket Bond:** | $47,076,959.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 412,115.76 | | | | |
| | | Net Estate : | $412,115.76 | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4766** | 412,115.76 | 263,319.35 | 148,796.41 |
| | $412,115.76 | $263,319.35 | $148,796.41 |

{} Asset reference(s)

# Exhibit C Claims Register

## Case: 15-29005-SLM    Affiliated Environmental Services,

Claims Bar Date:  02/01/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | NJ Bldg. Laborers Statewide Benefit Funds<br>3218 Kennedy Blvd<br><br>Jersey City, NJ 07306<br><5400-00   Contributions to Employee Benefit Plans>,  520 | Priority<br>11/03/15 | Expunged per 7/19/16 Order. | $107,694.07<br>$0.00 | $0.00 | $0.00 |
| 1 -2 | NJ Bldg. Laborers Statewide Benefit Funds<br>3218 Kennedy Blvd<br><br>Jersey City, NJ 07306<br><5400-00   Contributions to Employee Benefit Plans>,  520 | Priority<br>12/30/15 | Amends Claim 1. Allowed | $192,360.20<br>$192,360.20 | $0.00 | $192,360.20 |
| 2 | Tri-State Transfer Assoc.<br>1199 Randall Ave.<br><br>Bronx, NY 10474<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/12/15 | Reclassified as a general unsecured claim and allowed in the sum of $3,700.00 per 7/19/16 Order. | $3,700.00<br>$3,700.00 | $0.00 | $3,700.00 |
| 3 | BlueTarp Financial Inc.<br>PO Box 17825<br><br>Portland, ME 04112<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/12/15 | Allowed. | $6,407.06<br>$6,407.06 | $0.00 | $6,407.06 |
| 4 | Internal Revenue Service<br>PO Box 7346<br><br>Philadelphia, PA 19101-7346<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>11/16/15 | Allowed as a priority claim in the sum of $74,944.61 per 7/19/16 Order. | $74,944.61<br>$74,944.61 | $0.00 | $74,944.61 |
| 4 -2 | Internal Revenue Service<br>PO Box 7346<br><br>Philadelphia, PA 19101-7346<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/16/15 | Allowed as a general unsecured claim in the sum of $1,842.40 per 7/19/16 Order. | $1,842.40<br>$1,842.40 | $0.00 | $1,842.40 |
| 5 | PNC Bank, National Association<br>c/o Francis P. Maneri, Esq.<br>Dilworth Paxson LLP,P.O. Box 2570<br>Cherry Hill, NJ 08002<br><br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>12/08/15 | Payment of secured  interest  in debtor's accounts receivable in the amount of $161,847.71 per 5/2/17 Order authorizing said payment. The rest of the claim was expunged per 1/16/18 Order. | $2,053,661.85<br>$161,847.71 | $161,847.71 | $0.00 |

# Exhibit C Claims Register

## Case:  15-29005-SLM    Affiliated Environmental Services,

Claims Bar Date:   02/01/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 -2 | Cadle Rock Joint Ventures, LP<br>Assignee of PNC Bank<br>100 North Center Street<br>Newton Falls, OH 44444 | Unsecured<br>12/08/15 | | $1,848,011.63<br>$1,848,011.63 | $0.00 | $1,848,011.63 |
| | | | General unsecured claim No. 5-2 of Cadle Rock Joint Venture LP filed on 9/7/17 in the sum of $1,848,011.63 as assignee of the claim of PNC Bank is allowed per 1/16/18 Order. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 | AIG Property Casualty, Inc.<br>Attn: Ryan Foley<br>175 Water Street<br>New York, NY 10038 | Unsecured<br>12/02/15 | Allowed | $262,123.00<br>$262,123.00 | $0.00 | $262,123.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | Max Advance LLC<br>Attn: Joseph I. Sussman PC<br>333 Pearsall Ave. Ste. 205<br>Cedarhurst, NY 11516 | Unsecured<br>12/07/15 | Allowed. | $146,692.33<br>$146,692.33 | $0.00 | $146,692.33 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>01/18/16 | Allowed | $184,549.48<br>$184,549.48 | $0.00 | $184,549.48 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 | NJ Building Laborers Statewide Pension Fund<br>c/o Seth Ptasiewicz,<br>Esq.,Kroll,Heineman<br>99 Wood Ave South, Suite 307<br>Iselin, NJ 08830 | Priority<br>01/21/16 | Allowed | $120,724.00<br>$120,724.00 | $0.00 | $120,724.00 |
| | <5400-00   Contributions to Employee Benefit Plans>,  520 | | | | | |
| 10 | Home & Enviro Tech, Inc.<br>26 George Street<br>Tenafly, NJ 07670 | Unsecured<br>01/21/16 | Allowed | $34,240.00<br>$34,240.00 | $0.00 | $34,240.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 | J. Fletcher Creamer & Creamer Brothers<br>Attn: Richard D. McLaughlin, Esq.<br>davis101 East Broadway<br>Hackensack, NJ 07601 | Admin Ch.  7<br>01/29/16 | Reclassifed to a Chapter 7 Administrative Claim and allowed in the sum of $5,000.00 per 7/12/16 Consent Order Fixing the Claim of J. Fletcher Creamer & Creamer Brothers. | $8,781.25<br>$5,000.00 | $0.00 | $5,000.00 |
| | <2410-00   Admin. Rent (post-petition storage fees, leases, etc.)>,  200 | | | | | |

# Exhibit C Claims Register

## Case:  15-29005-SLM    Affiliated Environmental Services,

Claims Bar Date:  02/01/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | State of New Jersey<br>Division of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379<br><br><5800-00  Claims of Governmental Units>,  570 | Priority<br>02/11/16 | Properly classifed as a priority claim and allowed in the sum of $9,878.58 per 7/19/16 Order. | $9,878.58<br>$9,878.58 | $0.00 | $9,878.58 |
| 13 | FedEx TechConnect, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G.,3rd Floor<br>Memphis, TN 38116-5017<br><br><7200-00  Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>03/09/16 | Reclassifed as a tardily filed unsecured claim and allowed in the sum of $2,817.73 per 7/19/16 Order. | $2,817.73<br>$2,817.73 | $0.00 | $2,817.73 |
| 14 | State of New York<br>Department of Labor Unemployment<br>Governor W. Averell,Bldg. 12 Rm 256<br>Albany, NY 12240<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/22/16 | Expunged per 9/22/17 Order. | $116.98<br>$0.00 | $0.00 | $0.00 |
| 15 | State of New York<br>Department of Labor Unemployment<br>Governor W. Averell,Bldg. 12 Rm 256<br>Albany, NY 12240<br><br><5800-00  Claims of Governmental Units>,  571 | Priority<br>01/10/17 | Reclassifed to a tardily filed priority claim and allowed in the sum of $37,615.61. | $37,615.61<br>$37,615.61 | $0.00 | $37,615.61 |
| ADMIN | Barbara A. Edwards<br>10-04 River Road<br><br>Fair Lawn, NJ 07410<br><2100-00  Trustee Compensation>,  200 | Admin Ch. 7<br>10/08/15 | Voluntarily reduced | $23,855.79<br>$9,999.00 | $0.00 | $9,999.00 |
| ADMIN | Barbara A. Edwards<br>10-04 River Road<br>Fair Lawn, NJ 07410<br><2200-00  Trustee Expenses>,  200 | Admin Ch. 7<br>10/08/15 | | $81.22<br>$81.22 | $0.00 | $81.22 |
| ADMIN | Gramkow, Carnevale, Seifert & Co., LLC<br>Two Forest Avenue<br><br>Oradell, NJ 07649<br><3410-00  Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>06/06/18 | Allowed per 10/19/18 Order. | $9,392.50<br>$9,392.50 | $9,392.50 | $0.00 |
| ADMIN | A.J. Willner Auctions, LLC<br>Post Office Box 1012<br><br>Springfield, NJ 07081<br><3610-00  Auctioneer for Trustee Fees (including buyers premiums)>,  200 | Admin Ch. 7<br>01/13/16 | Allowed per 1/13/16 Certification of No Objection. | $8,025.00<br>$8,025.00 | $8,025.00 | $0.00 |

# Exhibit C Claims Register

## Case: 15-29005-SLM    Affiliated Environmental Services,

Claims Bar Date:    02/01/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN | A.J. Willner Auctions, LLC<br>Post Office Box 1012<br><br>Springfield, NJ 07081<br><3620-00   Auctioneer for Trustee Expenses>,  200 | Admin Ch. 7<br>01/13/16 | | $2,300.00<br>$2,300.00<br>Allowed per 1/13/16 Certification of No Objection. | $2,300.00 | $0.00 |
| ADMIN | A. Atkins Appraisal Corp.<br>122 Clinton Road<br><br>Fairfield, NJ 07004<br><3711-00   Appraiser for Trustee Fees>,  200 | Admin Ch. 7<br>12/01/15 | | $3,375.00<br>$3,375.00<br>Allowed per 1/8/16 Order. | $3,375.00 | $0.00 |
| ADMINF | Muscarella, Bochet, Edwards & D'Alessandro, PC<br><br>< 3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch. 7<br>04/10/18 | | $16,137.00<br>$16,137.00<br>Allowed per 4/9/18 Order. (Final Fee Application) | $16,137.00 | $0.00 |
| ADMINF | Muscarella, Bochet, Edwards & D'Alessandro, PC<br><br>< 3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch. 7<br>04/10/18 | | $86.71<br>$86.71<br>Allowed per 4/9/18 Order. (Final Fee Application) | $86.71 | $0.00 |
| ADMINI | Muscarella, Bochet, Edwards & D'Alessandro, PC<br><br>< 3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch. 7<br>03/30/17 | | $43,065.00<br>$43,065.00<br>First interim Fee Application<br>Allowed per 5/3/17 Order. | $43,065.00 | $0.00 |
| ADMINI | Muscarella, Bochet, Edwards & D'Alessandro, PC<br><br>< 3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch. 7<br>03/30/17 | | $408.10<br>$408.10<br>First interim Fee Application<br>Allowed per 5/3/17 Order. | $408.10 | $0.00 |
| ADMINT | State of New Jersey-Div. of Taxation-Rev. Pro.<br><br>< 2820-00   Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | Admin Ch. 7<br>05/29/18 | | $712.00<br>$712.00<br>CBT 100 - 10/1/16 - 9/30/17 | $712.00 | $0.00 |
| ADMINT | State of New Jersey-Div. of Taxation-Rev. Pro.<br><br>< 2820-00   Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | Admin Ch. 7<br>05/29/18 | | $515.00<br>$515.00<br>CBT 100 - 10/1/17 - 4/30/18 | $515.00 | $0.00 |

# Exhibit C Claims Register

## Case:  15-29005-SLM    Affiliated Environmental Services,

Claims Bar Date:    02/01/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMINT | State of New Jersey-Div. of Taxation-Rev. Pro. | Admin Ch.  7 05/29/18 | | $655.00 $655.00 | $655.00 | $0.00 |
| | | | CBT 100 - 10/1/16 - 9/30/17 | | | |
| | <2820-00   Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | | | | | |
| ADMINT | State of New Jersey-Div. of Taxation-Rev. Pro. | Admin Ch.  7 05/29/18 | | $745.00 $745.00 | $745.00 | $0.00 |
| | | | CBT 100 - 10/1/15 - 09/30/16 | | | |
| | <2820-00   Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | | | | | |

|  |  | Case Total: | $247,264.02 | $2,940,986.85 |
|---|---|---|---|---|

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-29005-SLM
Case Name: Affiliated Environmental Services,
Trustee Name: Barbara A. Edwards

**Balance on hand:**                 $      148,796.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | PNC Bank, National Association | 2,053,661.85 | 161,847.71 | 161,847.71 | 0.00 |

Total to be paid to secured creditors:  $        0.00
Remaining balance:                      $   148,796.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Barbara A. Edwards | 9,999.00 | 0.00 | 9,999.00 |
| Trustee, Expenses - Barbara A. Edwards | 81.22 | 0.00 | 81.22 |
| Attorney for Trustee, Fees - Muscarella, Bochet, Edwards & D'Alessandro, PC | 59,202.00 | 59,202.00 | 0.00 |
| Attorney for Trustee, Expenses - Muscarella, Bochet, Edwards & D'Alessandro, PC | 494.81 | 494.81 | 0.00 |
| Accountant for Trustee, Fees - Gramkow, Carnevale, Seifert & Co., LLC | 9,392.50 | 9,392.50 | 9,392.50 |
| Auctioneer Fees - A.J. Willner Auctions, LLC | 8,025.00 | 8,025.00 | 0.00 |
| Auctioneer Expenses - A.J. Willner Auctions, LLC | 2,300.00 | 2,300.00 | 0.00 |
| Other Fees: A. Atkins Appraisal Corp. | 3,375.00 | 3,375.00 | 0.00 |
| Other Expenses: J. Fletcher Creamer & Creamer Brothers | 5,000.00 | 0.00 | 5,000.00 |
| Other Expenses: State of New Jersey-Div. of Taxation-Rev. Pro. | 2,627.00 | 2,627.00 | 2,627.00 |

Total to be paid for chapter 7 administration expenses:  $   27,099.72
Remaining balance:                                       $  121,696.69

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 121,696.69 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $435,523.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | NJ Bldg. Laborers Statewide Benefit Funds | 192,360.20 | 0.00 | 82,155.77 |
| 4 | Internal Revenue Service | 74,944.61 | 0.00 | 0.00 |
| 9 | NJ Building Laborers Statewide Pension Fund | 120,724.00 | 0.00 | 51,560.42 |
| 12 | State of New Jersey | 9,878.58 | 0.00 | 0.00 |
| 15 | State of New York | 37,615.61 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 133,716.19 |
| Remaining balance: | $ | -12,019.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,487,565.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Tri-State Transfer Assoc. | 3,700.00 | 0.00 | 0.00 |
| 3 | BlueTarp Financial Inc. | 6,407.06 | 0.00 | 0.00 |
| 4 -2 | Internal Revenue Service | 1,842.40 | 0.00 | 0.00 |
| 5 -2 | Cadle Rock Joint Ventures, LP | 1,848,011.63 | 0.00 | 0.00 |
| 6 | AIG Property Casualty, Inc. | 262,123.00 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 7 | Max Advance LLC | 146,692.33 | 0.00 | 0.00 |
| 8 | American Express Bank, FSB | 184,549.48 | 0.00 | 0.00 |
| 10 | Home & Enviro Tech, Inc. | 34,240.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $ 0.00

Remaining balance:  $ -12,019.50

Tardily filed claims of general (unsecured) creditors totaling $ 2,817.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | FedEx TechConnect, Inc. | 2,817.73 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $ 0.00

Remaining balance:  $ -12,019.50

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance:  $ -12,019.50

**UST Form 101-7-TFR (05/1/2011)**